UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: NOLAN, RICHARD E, JR. <br> NOLAN, JOSIE M <br><br> Debtor(s) | § Case No. 13-82354 <br> § <br> § <br> § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 29, 2013. The undersigned trustee was appointed on June 30, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $       40,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2.00 |
   | Bank service fees | 903.09 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 39,094.91 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/04/2014 and the deadline for filing governmental claims was 03/04/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,750.00, for a total compensation of $4,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $106.32, for total expenses of $106.32.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 9/1/2015    By: /s/MEGAN G. HEEG
                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-82354  
Case Name: NOLAN, RICHARD E, JR.  
NOLAN, JOSIE M  
Period Ending: 09/01/15

Trustee:  (330490)  MEGAN G. HEEG  
Filed (f) or Converted (c):  06/29/13 (f)  
§341(a) Meeting Date:  08/09/13  
Claims Bar Date:  03/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Building located at 2404 west Lincolnway,<br>Imported from original petition Doc# 1 | 205,000.00 | 0.00 | | 0.00 | FA |
| 2 | Debtors' principle residence located at 412 Dixo<br>Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | Balance deposited in checking account with the M<br>Imported from Amended Doc#: 13 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Balance held in checking account with the FNB Ba<br>Imported from Amended Doc#: 13 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furniture including cough, c<br>Imported from Amended Doc#: 13 | 1,250.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel<br>Imported from Amended Doc#: 13 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings<br>Imported from Amended Doc#: 13 | 950.00 | 0.00 | | 0.00 | FA |
| 8 | Runger 9mm hand gun, pool table, basketball hoop<br>Imported from Amended Doc#: 13 | 650.00 | 0.00 | | 0.00 | FA |
| 9 | 1997 Ford Ranger<br>Imported from Amended Doc#: 13 [(W)1998 Ford<br>Ranger VIN 1FTYR14X3WPA80917] | 1,300.00 | 0.00 | | 0.00 | FA |
| 10 | 1997 Ford Van<br>Imported from Amended Doc#: 13 [(H & Grapic<br>Signs) 1996 Ford Ecoline VIN 1FTJE34H8THA54367 | 1,500.00 | 1,735.20 | | 1,735.20 | FA |
| 11 | 2003 Chevy Tahoe 250,000 miles<br>Imported from Amended Doc#: 13 [(H & Grapic<br>Signs) 2002 Chevrolet Tahoe VIN<br>1GNEK13Z32J339873] | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2008 FLHX Harley Frame and Trasmission<br>Imported from Amended Doc#: 13 [(H) VIN<br>1HD1KB4108Y684346] | 600.00 | 1,487.30 | | 1,487.30 | FA |
| 13 | A disassembled 1997 Fleetwood Camper<br>Imported from Amended Doc#: 13 [(H) Freightliner X<br>VIN 4UZ6XFBC6VC698874 | 3,500.00 | 4,131.50 | | 4,131.50 | FA |
| 14 | Plotter<br>Imported from Amended Doc#: 13 | 7,800.00 | 3,718.30 | | 3,718.30 | FA |

Printed: 09/01/2015 08:38 AM  V.13.25

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-82354　　　　　　　　　　　　　　　**Trustee:** (330490)　MEGAN G. HEEG
**Case Name:** NOLAN, RICHARD E, JR.　　　　　　　　　　**Filed (f) or Converted (c):** 06/29/13 (f)
　　　　　　　　NOLAN, JOSIE M　　　　　　　　　　　　　**§341(a) Meeting Date:** 08/09/13
**Period Ending:** 09/01/15　　　　　　　　　　　　　　　**Claims Bar Date:** 03/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Wide ranging shop equipment for business located<br>Imported from Amended Doc#: 13 | 32,000.00 | 15,637.70 | | 15,637.70 | FA |
| 16 | Settlement from a slip and fall injury at an Arb<br>Imported from Amended Doc#: 13 | 3,131.13 | 0.00 | | 0.00 | FA |
| 17 | Gas golf cart 2006 Yamaha (u)<br>Listed on Craigs list for 5,400. | 0.00 | 3,305.00 | | 3,305.00 | FA |
| 18 | CASH ON HAND (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | MACHINERY, FIXTURES, AND BUSINESS<br>EQUIPMENT (u)<br>　Washers, Dryers, & coin changing machine, sorting<br>tables, snack & candy machines. | 0.00 | 9,614.00 | | 9,614.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES (u)<br>16" tandem trailer | 0.00 | 371.00 | | 371.00 | FA |
| 20 | Assets　Totals (Excluding unknown values) | **$362,381.13** | **$40,000.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　December 30, 2014　　　　**Current Projected Date Of Final Report (TFR):**　August 7, 2015　(Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-82354 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | NOLAN, RICHARD E, JR. | | Bank Name: | Rabobank, N.A. |
| | NOLAN, JOSIE M | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***4302 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/01/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/14 | | Richard E. Nolan Jr. | Various assets sold back to debtors per court order dated 5/5/14 | | | 40,000.00 | | 40,000.00 |
| | {10} | | 1997 Ford van | 1,735.20 | 1229-000 | | | 40,000.00 |
| | {12} | | 2008 FLHX Harley frame & transmission | 1,487.30 | 1229-000 | | | 40,000.00 |
| | {13} | | 1997 Fleetwood camper (disassembled) | 4,131.50 | 1229-000 | | | 40,000.00 |
| | {14} | | Plotter | 3,718.30 | 1129-000 | | | 40,000.00 |
| | {15} | | wide ranging shop equipment | 15,637.70 | 1129-000 | | | 40,000.00 |
| | {17} | | gas golf cart 2006 Yamaha | 3,305.00 | 1229-000 | | | 40,000.00 |
| | {19} | | machinery, fixtures (washers, dryers & coin changing machine) | 9,614.00 | 1229-000 | | | 40,000.00 |
| | {20} | | 16" tandem trailer | 371.00 | 1229-000 | | | 40,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.43 | 39,963.57 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 57.48 | 39,906.09 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 55.48 | 39,850.61 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 63.05 | 39,787.56 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 55.32 | 39,732.24 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.95 | 39,671.29 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 58.96 | 39,612.33 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 51.27 | 39,561.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 64.49 | 39,496.57 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 56.80 | 39,439.77 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 52.94 | 39,386.83 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.42 | 39,326.41 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 56.56 | 39,269.85 |
| 05/05/15 | 101 | IL Department of Revenue | taxes | | 2820-000 | | 2.00 | 39,267.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 54.59 | 39,213.26 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.16 | 39,153.10 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 58.19 | 39,094.91 |
| | | | ACCOUNT TOTALS | | | 40,000.00 | 905.09 | $39,094.91 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | Subtotal | | | 40,000.00 | 905.09 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $40,000.00 | $905.09 | |

{} Asset reference(s)

Printed: 09/01/2015 08:38 AM   V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-82354 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | NOLAN, RICHARD E, JR. | | Bank Name: | Rabobank, N.A. |
| | NOLAN, JOSIE M | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***4302 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/01/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| | | Checking # ******1666 | 40,000.00 | 905.09 | 39,094.91 |
| | | | $40,000.00 | $905.09 | $39,094.91 |

{} Asset reference(s)

Printed: 09/01/2015 08:38 AM    V.13.25

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:  13-82354   NOLAN, RICHARD E, JR.

| Case Balance: | $39,094.91 | Total Proposed Payment: | $39,094.91 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Farmers National Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,094.91 |
| NOTFILED | Farmers National Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,094.91 |
| NOTFILED | Farmers National Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,094.91 |
| NOTFILED | Midland State Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,094.91 |
| NOTFILED | PHH Mortgage Services | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,094.91 |
| | Carl C. Swanson, CPA <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 3,220.00 | 3,220.00 | 0.00 | 3,220.00 | 3,220.00 | 35,874.91 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 610.16 | 610.16 | 0.00 | 610.16 | 610.16 | 35,264.75 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 7,672.75 | 7,672.75 | 0.00 | 7,672.75 | 7,672.75 | 27,592.00 |
| | MEGAN G. HEEG <2200-00 Trustee Expenses> | Admin Ch. 7 | 106.32 | 106.32 | 0.00 | 106.32 | 106.32 | 27,485.68 |
| | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 4,750.00 | 4,750.00 | 0.00 | 4,750.00 | 4,750.00 | 22,735.68 |
| 1 | Cavalry SPV II, LLC | Unsecured | 3,816.80 | 3,816.80 | 0.00 | 3,816.80 | 2,263.50 | 20,472.18 |
| 2 | RRCA Accounts Management, Inc. | Unsecured | 30,662.80 | 30,662.80 | 0.00 | 30,662.80 | 18,184.13 | 2,288.05 |
| 3 | Auto Owners Insurance | Unsecured | 2,858.29 | 2,858.29 | 0.00 | 2,858.29 | 1,695.07 | 592.98 |
| 4 | American Express Bank, FSB | Unsecured | 999.91 | 999.91 | 0.00 | 999.91 | 592.98 | 0.00 |
| | Total for Case 13-82354 : | | $54,697.03 | $54,697.03 | $0.00 | $54,697.03 | $39,094.91 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $16,359.23 | $16,359.23 | $0.00 | $16,359.23 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $38,337.80 | $38,337.80 | $0.00 | $22,735.68 | 59.303559% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-82354
Case Name: NOLAN, RICHARD E, JR.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 39,094.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,094.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 4,750.00 | 0.00 | 4,750.00 |
| Trustee, Expenses - MEGAN G. HEEG | 106.32 | 0.00 | 106.32 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 7,672.75 | 0.00 | 7,672.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 610.16 | 0.00 | 610.16 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 3,220.00 | 0.00 | 3,220.00 |

Total to be paid for chapter 7 administration expenses: $ 16,359.23
Remaining balance: $ 22,735.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,735.68

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 22,735.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,337.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV II, LLC | 3,816.80 | 0.00 | 2,263.50 |
| 2 | RRCA Accounts Management, Inc. | 30,662.80 | 0.00 | 18,184.13 |
| 3 | Auto Owners Insurance | 2,858.29 | 0.00 | 1,695.07 |
| 4 | American Express Bank, FSB | 999.91 | 0.00 | 592.98 |

Total to be paid for timely general unsecured claims: $ 22,735.68
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**