UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: NOLAN, RICHARD E, JR.  § Case No. 13-82354
　　　　NOLAN, JOSIE M         §
　　　　　　　　　　　　　　　　§
Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/14/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 09/01/2015          By: /s/MEGAN G. HEEG
                               Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: NOLAN, RICHARD E, JR.<br>NOLAN, JOSIE M<br><br>Debtor(s) | § Case No. 13-82354<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 40,000.00 |
| and approved disbursements of | $ 905.09 |
| leaving a balance on hand of [1] | $ 39,094.91 |
| **Balance on hand:** | $ 39,094.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None ||||||

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 39,094.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 4,750.00 | 0.00 | 4,750.00 |
| Trustee, Expenses - MEGAN G. HEEG | 106.32 | 0.00 | 106.32 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 7,672.75 | 0.00 | 7,672.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 610.16 | 0.00 | 610.16 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 3,220.00 | 0.00 | 3,220.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 16,359.23 |
| Remaining balance: | $ | 22,735.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $   0.00
Remaining balance:  $   22,735.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $   0.00
Remaining balance:  $   22,735.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,337.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV II, LLC | 3,816.80 | 0.00 | 2,263.50 |
| 2 | RRCA Accounts Management, Inc. | 30,662.80 | 0.00 | 18,184.13 |
| 3 | Auto Owners Insurance | 2,858.29 | 0.00 | 1,695.07 |
| 4 | American Express Bank, FSB | 999.91 | 0.00 | 592.98 |

Total to be paid for timely general unsecured claims:  $   22,735.68
Remaining balance:  $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-82354-TML
Richard E Nolan, Jr.                                                    Chapter 7
Josie M Nolan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez           Page 1 of 2           Date Rcvd: Sep 02, 2015
                              Form ID: pdf006         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2015.
```
db/jdb         +Richard E Nolan, Jr.,    Josie M Nolan,    412 Dixon Ct.,    Sterling, Il 61081-8903
20676578        American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
21476539        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20676579        Anytime Fitness,    107 1/2 1st Ave,    Rock Falls, IL 61071-1271
21353624        Auto Owners Insurance,    POB 30660,    Lansing MI 48909-8160
20676580        Auto-Owners Insurance,    P.O. Box 30315,    PO Box 30315,    Lansing, MI 48909-7815
20676581        Blatt, Hasenmiller, Leibsker, And Moore,    PO Box 489,    Normal, IL 61761-0489
20676583        CGH Hospital,    100 E Lefevre Rd,    Sterling, IL 61081-1278
20676587        EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
20676586        Encore Receivable Management Inc.,    PO Box 3330,    Olathe, KS 66063-3330
20676590        FIA Card Service,    PO Box 15026,    Wilmington, DE 19850-5026
20676588        Farley's Appliance,    1243 N Galena Ave,    Dixon, IL 61021
20676589       +Farmers National Bank,    1100 East Lincolnway,    Morrison, IL 61270-2972
20676591        First Source,    PO Box 628,    Buffalo, NY 14240-0628
20676594        HSBC Bank,    PO Box 17051,    Baltimore, MD 21297-1051
20676597        KSB Hospital,    PO Box 737,    Dixon, IL 61021-0737
20676576       +Law Office of Elwin L Neal,    105 W 3rd St,    Sterling, IL 61081-3504
20676600        Morrison Community Hospital,    PO Box 739,    Moline, IL 61266-0739
21088653       +Nivel Parts and Mfg. Co,    6358 Paysphere Circle,    Chicago, IL 60674-0063
20676575        Nolan Josie M,    412 Dixon Ct,    Sterling, IL 61081-8903
20676574        Nolan Richard E Jr,    412 Dixon Ct,    Sterling, IL 61081-8903
20676603        PHH Mortgage Services,    P.O. Box 0112,    Palatine, IL 60055-0112
20676604        Precision Recovery Analytics, Inc. C/O,    The Shindler Law Firm,    1990 E Algonquin Rd Ste 180,
                  Schaumburg, IL 60173-4164
20676605        RMS,    1250 E Diehl Rd Ste 300,    Naperville, IL 60563-9388
20676606        RRCA Accounts Management, Inc.,    201 E 3rd St,    Sterling, IL 61081-3611
20676607        Sage Capital,    1040 Kings Hwy N,    Cherry Hill, NJ 08034-1908
20676608       +Sterling Public Schools,    410 East LeFevre,    Sterling, IL 61081-1391
20676609       +Sterling-Rock Falls Clinic, Ltd.,    101 E Miller Rd,    Sterling, IL 61081-1252
20676610        The National Bank,    PO Box 790408,    Saint Louis, MO 63179-0408
20676611        Transworld Systems Inc.,    950 Office Park Rd Ste 306,    West Des Moines, IA 50265-2548
20676612       +True Green,    5667 Sandy Hollow Rd,    Rockford, IL 61109-6304
20676585      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,     PO Box 108,
                 Saint Louis, MO 63166-9801)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20676577        E-mail/PDF: recoverybankruptcy@afninet.com Sep 03 2015 01:25:49      Afni,    PO Box 3517,
                  Bloomington, IL 61702-3517
20676582        E-mail/Text: mmeyers@blittandgaines.com Sep 03 2015 01:30:44      Blitt And Gaines, PC,
                  661 Glenn Ave,    Wheeling, IL 60090-6017
21283899       +E-mail/Text: bankruptcy@cavps.com Sep 03 2015 01:29:48      Cavalry SPV II, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
20676584       +E-mail/Text: jstauffe_BK@ebay.com Sep 03 2015 01:28:59      EBAY,    P.O. Box 2179,
                  Carol Stream, IL 60132-2179
20676592        E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 01:25:21      GE CAPITAL BANK/QCARD,
                  P.O. BOX 960061,    ORLANDO, FL 32896-0061
20676593        E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 01:25:23      Ge Money Bank,    PO Box 960061,
                  Orlando, FL 32896-0061
20676595       +E-mail/Text: bankruptcy@icsystem.com Sep 03 2015 01:30:12      I C Systems,    444 Highway 96 E,
                  Saint Paul, MN 55127-2557
20676596        E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 01:25:22      JCPenney,    PO Box 960090,
                  Orlando, FL 32896-0090
20676598        E-mail/Text: bankruptcydpt@mcmcg.com Sep 03 2015 01:29:04      Midland Credit Management, Inc.,
                  PO Box 60578,    Los Angeles, CA 90060-0578
20676601        E-mail/Text: bankruptcydepartment@tsico.com Sep 03 2015 01:30:52      NCO Financial System,
                  PO Box 4935,    Trenton, NJ 08650-4935
20676602       +E-mail/Text: bankrup@aglresources.com Sep 03 2015 01:28:05      Nicor Gas,    1844 W Ferry Rd,
                  Naperville, IL 60563-9600
20676613        E-mail/Text: appebnmailbox@sprint.com Sep 03 2015 01:29:02      US Cellular,    PO Box 3517,
                  Bloomington, IL 61702-3517
20676614        E-mail/Text: lvarga@whitesidehealth.org Sep 03 2015 01:29:29
                  Whiteside County Community Health Clinic,    1300 W 2nd St,    Rock Falls, IL 61071-1005
                                                                                               TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20676599       ##+Midland State Bank,    1901 S 4th Street,    Effingham, IL 62401-4188
                                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cshabez             Page 2 of 2             Date Rcvd: Sep 02, 2015
                              Form ID: pdf006          Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2015 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          Elwin L Neal    on behalf of Debtor Richard E Nolan, Jr. elwinneal@comcast.net,
           elwinneal@icloud.com
          Elwin L Neal    on behalf of Joint Debtor Josie M Nolan elwinneal@comcast.net,
           elwinneal@icloud.com
          Megan G Heeg    on behalf of Accountant Carl C. Swanson heeg@egblc.com,   IL55@ecfcbis.com
          Megan G Heeg    heeg@egblc.com,   IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,   IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```