## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: NOLAN, RICHARD E, JR.  § Case No. 13-82354
       NOLAN, JOSIE M          §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $316,981.13 *(without deducting any secured claims)* | Assets Exempt: $15,112.37 |
| Total Distribution to Claimants: $22,785.28 | Claims Discharged Without Payment: $15,552.52 |
| Total Expenses of Administration: $17,214.72 | |

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $361,164.76 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,214.72 | 17,214.72 | 17,214.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 38,337.80 | 38,337.80 | 22,785.28 |
| **TOTAL DISBURSEMENTS** | $361,164.76 | $55,552.52 | $55,552.52 | $40,000.00 |

4) This case was originally filed under Chapter 7 on June 29, 2013. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/12/2015          By:  /s/MEGAN G. HEEG
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 Ford Van | 1229-000 | 1,735.20 |
| 2008 FLHX Harley Frame and Trasmission | 1229-000 | 1,487.30 |
| A disassembled 1997 Fleetwood Camper | 1229-000 | 4,131.50 |
| Plotter | 1129-000 | 3,718.30 |
| Wide ranging shop equipment for business located | 1129-000 | 15,637.70 |
| Gas golf cart 2006 Yamaha | 1229-000 | 3,305.00 |
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1229-000 | 9,614.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 371.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Farmers National Bank | 4110-000 | 10,471.00 | N/A | N/A | 0.00 |
| NOTFILED | PHH Mortgage Services | 4110-000 | 63,608.76 | N/A | N/A | 0.00 |
| NOTFILED | Midland State Bank | 4110-000 | 30,260.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers National Bank | 4110-000 | 51,825.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers National Bank | 4110-000 | 205,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL SECURED CLAIMS | $361,164.76 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 106.32 | 106.32 | 106.32 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 7,672.75 | 7,672.75 | 7,672.75 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 560.56 | 560.56 | 560.56 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 3,220.00 | 3,220.00 | 3,220.00 |
| Rabobank, N.A. | 2600-000 | N/A | 36.43 | 36.43 | 36.43 |
| Rabobank, N.A. | 2600-000 | N/A | 57.48 | 57.48 | 57.48 |
| Rabobank, N.A. | 2600-000 | N/A | 55.48 | 55.48 | 55.48 |
| Rabobank, N.A. | 2600-000 | N/A | 63.05 | 63.05 | 63.05 |
| Rabobank, N.A. | 2600-000 | N/A | 55.32 | 55.32 | 55.32 |
| Rabobank, N.A. | 2600-000 | N/A | 60.95 | 60.95 | 60.95 |
| Rabobank, N.A. | 2600-000 | N/A | 58.96 | 58.96 | 58.96 |
| Rabobank, N.A. | 2600-000 | N/A | 51.27 | 51.27 | 51.27 |
| Rabobank, N.A. | 2600-000 | N/A | 64.49 | 64.49 | 64.49 |
| Rabobank, N.A. | 2600-000 | N/A | 56.80 | 56.80 | 56.80 |
| Rabobank, N.A. | 2600-000 | N/A | 52.94 | 52.94 | 52.94 |
| Rabobank, N.A. | 2600-000 | N/A | 60.42 | 60.42 | 60.42 |
| Rabobank, N.A. | 2600-000 | N/A | 56.56 | 56.56 | 56.56 |
| IL Department of Revenue | 2820-000 | N/A | 2.00 | 2.00 | 2.00 |
| Rabobank, N.A. | 2600-000 | N/A | 54.59 | 54.59 | 54.59 |
| Rabobank, N.A. | 2600-000 | N/A | 60.16 | 60.16 | 60.16 |
| Rabobank, N.A. | 2600-000 | N/A | 58.19 | 58.19 | 58.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $17,214.72 | $17,214.72 | $17,214.72 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV II, LLC | 7100-000 | N/A | 3,816.80 | 3,816.80 | 2,268.45 |
| 2 | RRCA Accounts Management, Inc. | 7100-000 | N/A | 30,662.80 | 30,662.80 | 18,223.79 |
| 3 | Auto Owners Insurance | 7100-000 | N/A | 2,858.29 | 2,858.29 | 1,698.76 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 999.91 | 999.91 | 594.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $38,337.80 | $38,337.80 | $22,785.28 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82354
**Case Name:** NOLAN, RICHARD E, JR.
NOLAN, JOSIE M
**Period Ending:** 11/12/15

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 06/29/13 (f)
**§341(a) Meeting Date:** 08/09/13
**Claims Bar Date:** 03/04/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Building located at 2404 west Lincolnway,<br>       Imported from original petition Doc# 1 | 205,000.00 | 0.00 | | 0.00 | FA |
| 2   Debtors' principle residence located at 412 Dixo<br>       Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3   Balance deposited in checking account with the M<br>       Imported from Amended Doc#: 13 | 200.00 | 0.00 | | 0.00 | FA |
| 4   Balance held in checking account with the FNB Ba<br>       Imported from Amended Doc#: 13 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5   Household goods and furniture including cough, c<br>       Imported from Amended Doc#: 13 | 1,250.00 | 0.00 | | 0.00 | FA |
| 6   Necessary wearing apparel<br>       Imported from Amended Doc#: 13 | 500.00 | 0.00 | | 0.00 | FA |
| 7   wedding rings<br>       Imported from Amended Doc#: 13 | 950.00 | 0.00 | | 0.00 | FA |
| 8   Runger 9mm hand gun, pool table, basketball hoop<br>       Imported from Amended Doc#: 13 | 650.00 | 0.00 | | 0.00 | FA |
| 9   1997 Ford Ranger<br>       Imported from Amended Doc#: 13  [(W)1998 Ford Ranger VIN 1FTYR14X3WPA80917] | 1,300.00 | 0.00 | | 0.00 | FA |
| 10  1997 Ford Van<br>       Imported from Amended Doc#: 13 [(H & Grapic Signs) 1996 Ford Ecoline VIN 1FTJE34H8THA54367 | 1,500.00 | 1,735.20 | | 1,735.20 | FA |
| 11  2003 Chevy Tahoe 250,000 miles<br>       Imported from Amended Doc#: 13 [(H & Grapic Signs)  2002 Chevrolet Tahoe VIN 1GNEK13Z32J339873] | 3,000.00 | 0.00 | | 0.00 | FA |
| 12  2008 FLHX Harley Frame and Trasmission<br>       Imported from Amended Doc#: 13 [(H) VIN 1HD1KB4108Y684346] | 600.00 | 1,487.30 | | 1,487.30 | FA |
| 13  A disassembled 1997 Fleetwood Camper<br>       Imported from Amended Doc#: 13 [(H) Freightliner X VIN 4UZ6XFBC6VC698874 | 3,500.00 | 4,131.50 | | 4,131.50 | FA |
| 14  Plotter | 7,800.00 | 3,718.30 | | 3,718.30 | FA |

Printed: 11/12/2015 04:53 PM    V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82354  
**Case Name:** NOLAN, RICHARD E, JR.  
NOLAN, JOSIE M  
**Period Ending:** 11/12/15

**Trustee:** (330490)    MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/29/13 (f)  
**§341(a) Meeting Date:** 08/09/13  
**Claims Bar Date:** 03/04/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from Amended Doc#: 13 | | | | | |
| 15 | Wide ranging shop equipment for business located<br>Imported from Amended Doc#: 13 | 32,000.00 | 15,637.70 | | 15,637.70 | FA |
| 16 | Settlement from a slip and fall injury at an Arb<br>Imported from Amended Doc#: 13 | 3,131.13 | 0.00 | | 0.00 | FA |
| 17 | Gas golf cart 2006 Yamaha (u)<br>Listed on Craigs list for 5,400. | 0.00 | 3,305.00 | | 3,305.00 | FA |
| 18 | CASH ON HAND (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (u)<br>Washers, Dryers, & coin changing machine, sorting tables, snack & candy machines. | 0.00 | 9,614.00 | | 9,614.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES (u)<br>16" tandem trailer | 0.00 | 371.00 | | 371.00 | FA |
| 20 | Assets    Totals (Excluding unknown values) | **$362,381.13** | **$40,000.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 30, 2014    **Current Projected Date Of Final Report (TFR):**    August 7, 2015  (Actual)

Printed: 11/12/2015 04:53 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-82354  
**Case Name:** NOLAN, RICHARD E, JR.  
NOLAN, JOSIE M  
**Taxpayer ID #:** **-***4302  
**Period Ending:** 11/12/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/10/14 | | Richard E. Nolan Jr. | Various assets sold back to debtors per court order dated 5/5/14 | | | 40,000.00 | | 40,000.00 |
| | {10} | | 1997 Ford van | 1,735.20 | 1229-000 | | | 40,000.00 |
| | {12} | | 2008 FLHX Harley frame & transmission | 1,487.30 | 1229-000 | | | 40,000.00 |
| | {13} | | 1997 Fleetwood camper (disassembled) | 4,131.50 | 1229-000 | | | 40,000.00 |
| | {14} | | Plotter | 3,718.30 | 1129-000 | | | 40,000.00 |
| | {15} | | wide ranging shop equipment | 15,637.70 | 1129-000 | | | 40,000.00 |
| | {17} | | gas golf cart 2006 Yamaha | 3,305.00 | 1229-000 | | | 40,000.00 |
| | {19} | | machinery, fixtures (washers, dryers & coin changing machine) | 9,614.00 | 1229-000 | | | 40,000.00 |
| | {20} | | 16" tandem trailer | 371.00 | 1229-000 | | | 40,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.43 | 39,963.57 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 57.48 | 39,906.09 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 55.48 | 39,850.61 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 63.05 | 39,787.56 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 55.32 | 39,732.24 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.95 | 39,671.29 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 58.96 | 39,612.33 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 51.27 | 39,561.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 64.49 | 39,496.57 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 56.80 | 39,439.77 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 52.94 | 39,386.83 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.42 | 39,326.41 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 56.56 | 39,269.85 |
| 05/05/15 | 101 | IL Department of Revenue | taxes | | 2820-000 | | 2.00 | 39,267.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 54.59 | 39,213.26 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 60.16 | 39,153.10 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 58.19 | 39,094.91 |
| 10/21/15 | 102 | Carl C. Swanson, CPA | Dividend paid 100.00% on $3,220.00, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 3,220.00 | 35,874.91 |
| 10/21/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $7,672.75, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 7,672.75 | 28,202.16 |

Subtotals :    $40,000.00    $11,797.84

{} Asset reference(s)

Printed: 11/12/2015 04:53 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-82354  
**Case Name:** NOLAN, RICHARD E, JR.  
NOLAN, JOSIE M  
**Taxpayer ID #:** **-***4302  
**Period Ending:** 11/12/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/15 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $560.56, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 560.56 | 27,641.60 |
| 10/21/15 | 105 | Cavalry SPV II, LLC | Dividend paid 59.43% on $3,816.80; Claim# 1; Filed: $3,816.80; Reference: | 7100-000 | | 2,268.45 | 25,373.15 |
| 10/21/15 | 106 | RRCA Accounts Management, Inc. | Dividend paid 59.43% on $30,662.80; Claim# 2; Filed: $30,662.80; Reference: | 7100-000 | | 18,223.79 | 7,149.36 |
| 10/21/15 | 107 | Auto Owners Insurance | Dividend paid 59.43% on $2,858.29; Claim# 3; Filed: $2,858.29; Reference: | 7100-000 | | 1,698.76 | 5,450.60 |
| 10/21/15 | 108 | American Express Bank, FSB | Dividend paid 59.43% on $999.91; Claim# 4; Filed: $999.91; Reference: | 7100-000 | | 594.28 | 4,856.32 |
| 10/21/15 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,856.32 | 0.00 |
| | | | Dividend paid 100.00% 4,750.00 on $4,750.00; Claim# ; Filed: $4,750.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 106.32 on $106.32; Claim# ; Filed: $106.32 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 40,000.00 | 40,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $40,000.00 | $40,000.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1666** | 40,000.00 | 40,000.00 | 0.00 |
| | $40,000.00 | $40,000.00 | $0.00 |

{} Asset reference(s)